# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **KEITH TERRY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Civil Action No: |
| **MARIO JERMAINE THOMPSON, GFA ALABAMA, INC., and ARGONAUT INSURANCE COMPANY,** | ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

**TO: JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA, COLUMBUS DIVISION:**

COME NOW Defendants MARIO JERMAINE THOMPSON, GFA ALABAMA, INC., and ARGONAUT INSURANCE COMPANY (hereinafter "Removing Defendants") and file this Notice of Removal of the above-styled action from the State Court of Muscogee County, Georgia, Chattahoochee Judicial Circuit to the United States District Court for the Middle District of Georgia, Columbus Division. In support of this removal, Removing Defendants show the following:

1. On September 6, 2023, Plaintiff Keith Terry ("Plaintiff") filed his Complaint in the State Court of Muscogee County, Georgia, Chattahoochee Judicial Circuit styled *Keith Terry v. Mario Jermaine Thompson, GFA Alabama, Inc., and Argonaut Insurance Company*, Case No. SC2023CV001044 ("State Court Action"). Copies of all process, pleadings, orders, and other documents filed in the State Court Action are attached.

2. Undersigned counsel for Defendants executed an Acknowledgement of Service and Waiver of Summons on behalf of Removing Defendants on September 14, 2023.

3. Fewer than thirty (30) days have transpired since receipt by and service on Removing Defendants of the Complaint, and the deadline for Removing Defendants to remove and otherwise respond to the Complaint in the State Court of Muscogee County has not passed.

4. The Plaintiff's State Court Action is hereby removed to this Court under 28 U.S.C. § 1441, by virtue of the original jurisdiction this Court enjoys under 28 U.S.C. § 1332(a) (diversity jurisdiction).

**DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332(a)**

5. This Court enjoys diversity jurisdiction pursuant to 28 U.S.C. § 1332(a), because there is complete diversity of citizenship between Plaintiffs and Defendant and more than $75,000.00 is "in controversy," exclusive of costs and interest.

6. As alleged by Plaintiff in his own Complaint, Plaintiff is a citizen of the State of Georgia. (*See* Complaint at ¶ 1).

7. As alleged by Plaintiff in his Complaint, Defendant GFA Alabama, Inc. ("GFA") is a foreign corporation (*See Id*. at ¶ 2). Removing Defendant GFA is not incorporated in the State of Georgia but is instead organized under the laws of Alabama and has its principal office and principal place of business in Valley, Alabama. (*See Id*. at ¶ 2) Because Removing Defendant GFA is not incorporated in Georgia and does not have a principal place of business in Georgia, Removing Defendant GFA is not a citizen of the State of Georgia.

8. As alleged by Plaintiff in his Complaint, Defendant Argonaut Insurance Company ("Argonaut") is a foreign corporation (*See Id*. at ¶ 4). Removing Defendant Argonaut is not incorporated in the State of Georgia but is instead organized under the laws of Illinois and has its principal office and principal place of business in Chicago, Illinois. (*See Id*. at ¶ 4) Because

Removing Defendant Argonaut is not incorporated in Georgia and does not have a principal place of business in Georgia, Removing Defendant Argonaut is not a citizen of the State of Georgia.

9. Removing Defendant Mario Thompson currently resides in Lanett, Alabama and resided there at the time of the filing of Plaintiff's Complaint. *See* Declaration of Mario Thompson attached hereto as **Exhibit A**.

10. There is complete diversity between Plaintiff and Removing Defendants for the purpose of diversity jurisdiction under 28 U.S.C. §1332.

11. The threshold "amount in controversy" requirement of diversity jurisdiction is also met in this case, as the injuries and categories of claims set forth in the Complaint contemplate damages in excess of $161,111.38 (*See* Complaint at ¶ 26).

## ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

12. Venue for this Removal is proper in this Court because the United States District Court for the Middle District of Georgia, Columbus Division, is the federal judicial district embracing the State Court of Muscogee County, Georgia, where the State Court Action was originally filed and where Defendant GFA maintains its registered agent for service of process at 8000 Nature Trail, Columbus, Georgia 31904.

13. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders, and other documents filed in the State Court Action are attached as **Exhibit B.**

14. Pursuant to 28 U.S.C. § 1446(b)(3), this Notice of Removal is filed within thirty (30) days of Acknowledgment of Service of Plaintiff's Complaint on Defendant on September 14, 2023.

15. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal is being filed with the Clerk of the State Court of Muscogee County, Georgia.

16. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal is being given to all parties in this case.

**WHEREFORE,** Removing Defendants give notice that the State Court Action has been removed to this Honorable Court. By this Notice of Removal, Removing Defendants do not waive any defenses or objections they may have to this action; Removing Defendants intend no admission of fact, law, or liability; and Removing Defendants expressly reserve all defenses, motions, and pleas.

This 3rd day of October 2023.

**HUNTER, MACLEAN, EXLEY & DUNN, P.C.**

/s/ Taylor L. Dove
Taylor L. Dove
Georgia Bar No. 993210
Victoria R. Nease
Georgia Bar No. 314596
*Attorneys for Defendants*

Post Office Box 9848
Savannah, GA 31412-0048
(912) 236-0261
tdove@huntermaclean.com
vnease@huntermaclean.com

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **KEITH TERRY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Civil Action No: |
| **MARIO JERMAINE THOMPSON, GFA ALABAMA, INC., and ARGONAUT INSURANCE COMPANY,** | ) ) ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF REMOVAL** upon all parties to this matter via email and by filing the same via the court's e-file system which will send electronic notification of such filing to counsel of record as follows:

W. Andrew Bowen, Esq.
Paul W. Painter III, Esq.
Bowen Painter, LLC
Post Office Box 15008
Savannah, Georgia 31416
andrew@bowenpainter.com
paul@bowenpainter.com

This 3rd day of October, 2023.

                              **HUNTER, MACLEAN, EXLEY & DUNN, P.C.**

                              /s/ Taylor L. Dove
                              Taylor L. Dove
                              Georgia Bar No. 993210
                              *Attorneys for Defendants*

Post Office Box 9848
(912) 236-0261
tdove@huntermaclean.com